SUE FAHAMI
Acting United States Attorney
Nevada Bar Number 5634
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00004-JCM-BNW |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| KNOWLEDGE RODRIGUEZ, and DAVION ROBINSON, | |
| Defendants. | |

The United States of America, by and through its attorneys, Sue Fahami, Acting United States Attorney, and Lauren M. Ibanez, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. Defendant Rodriguez in the above captioned case had his Initial Appearance/Arraignment and Plea on January 17, 2025, to which he pled not guilty and was ordered released.

2. Defendant Robinson has yet to make an Initial Appearance. However, the government believes Robinson is aware of the Indictment and has avoided arrest.

3. The case was originally sealed to prevent the Defendants from learning about the case and possibly fleeing to avoid arrest.

4. Therefore, the government moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

DATED this 4th day of March, 2025.

SUE FAHAMI
Acting United States Attorney

*/s/ Lauren M. Ibanez*
LAUREN M. IBANEZ
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE RODRIGUEZ, and<br>DAVION ROBINSON,<br><br>Defendants. | Case No. 2:25-cr-00004-JCM-BNW<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Knowledge Rodriguez and Davion Robinson,* is unsealed in its entirety.

DATED this 19th day of March, 2025.

_____
HONORABLE BRENDA N. WEKSLER
United States Magistrate Judge